**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:10-CR-0356-1** |
| | : | |
| v. | : | **(Chief Judge Conner)** |
| | : | |
| **LUIS OSVALDO LEGER-MONEGRO** | : | |

## **ORDER**

AND NOW, this 5th day of May, 2014, upon consideration of defendant's motion to set aside judgment (Doc. 61) pursuant to 28 U.S.C. § 2255, and upon further consideration of the evidentiary hearing held on November 8, 2013, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that defendant's motion to set aside judgment (Doc. 61) is DENIED.

                                                /S/ CHRISTOPHER C. CONNER
                                                Christopher C. Conner, Chief Judge
                                                United States District Court
                                                Middle District of Pennsylvania